**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kaitlin Elizabeth Courville and Michael Ray Laws,
Defendants,

Of whom Kaitlin Elizabeth Courville is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002212

―――――――――

Appeal From Horry County
Tommy B. Edwards, Family Court Judge

―――――――――

Unpublished Opinion No. 2016-UP-218
Submitted May 17, 2016 – Filed May 19, 2016

―――――――――

**AFFIRMED**

―――――――――

Russell W. Hall, III, of The Law Office of Russell W. Hall III, of Myrtle Beach, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for the Guardian ad Litem.

**PER CURIAM:**  Kaitlin Elizabeth Courville appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Courville's counsel.

**AFFIRMED.**[1]

**HUFF, A.C.J., and KONDUROS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.